# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PERCY THOMAS JOHNSON,       :    No. 67 MM 2016

          Petitioner       :

             v.          :

PENNSYLVANIA STATE ATTORNEY    :
GENERAL KATHLEEN KANE,       :
SUPERINTENDENT OF SCID DALLAS   :
LAWRENCE MAHALLY, DISTRICT      :
ATTORNEY OF BUCKS COUNTY DAVID   :
W. HECKLER,             :

          Respondents      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of June, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition is **DENIED**.